UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TC Services USA Inc., a/k/a WOTC.com,

                Plaintiff,

-against-

Superior Medical Solutions Inc.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/20/2024

1:24-cv-00908 (SDA)

**ORDER OF DISMISSAL**

**STEWART D. AARON, United States Magistrate Judge:**

    It having been reported to this Court that this case has been resolved on all issues (Final Rpt. of Mediator, ECF No. 19), it is hereby ORDERED that the above-captioned action is dismissed without costs to any party and WITHOUT PREJUDICE to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    New York, New York
            August 20, 2024

_____
STEWART D. AARON
United States Magistrate Judge